**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 21-7228**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

CARL JAVAN ROSS,

        Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. James K. Bredar, Chief District Judge.  (1:16-cr-00020-JKB-1)

Submitted:  January 20, 2022             Decided:  January 25, 2022

Before WILKINSON, DIAZ, and THACKER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Carl Javan Ross, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

A jury convicted Carl Javan Ross on child pornography charges. The district court recently denied Ross' 28 U.S.C. § 2255 motion, and this court denied a certificate of appealability and dismissed Ross' appeal. Ross then filed a "Motion for Another Appeal/Rehearing," which the district court docketed as a notice of appeal. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). Because the district court did not enter an order, nor may Ross seek a second direct appeal, we lack jurisdiction. Accordingly, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*